UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 24-CR-550-EGS |
| **AUSTIN OLSON** | : | |

## MOTION TO CONTINUE

Austin Olson, through undersigned counsel, respectfully requests this Honorable Court continue his plea hearing for approximately one-week from December 5, 2025 to December 12, 2025 or later. Undersigned counsel is now on an unexpected family-related trip outside of the jurisdiction, and out of an abundance of caution is requesting the Court continue Mr. Olson's hearing so she can ensure she is present for the hearing. Undersigned counsel reached out to counsel for the government but received an out of office email and has not yet received a response. Counsel makes this request not to cause undue burden but so that justice can be done.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
_____/s/_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave. N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **24-CR-550-EGS** |
| **AUSTIN OLSON** | : | |

Upon consideration of Mr. Olson's Unopposed Motion to Continue, it is hereby

ORDERED that Mr. Olson's plea hearing is reset for _____.

SIGNED AND ENTERED this _____ day of _____ 2025.

_____

THE HONORABLE EMMET G. SULLIVAN